Submitted on appellant's brief December 3, remanded
for resentencing December 16, 1974

STATE OF OREGON, *Respondent, v.* LORACHIS
WOODFORK (No. C 74-01-0202 Cr), *Appellant.*

528 P2d 1351

Gary D. Babcock, Public Defender, and John K.
Hoover, Deputy Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

PER CURIAM.

REMANDED FOR RESENTENCING. *See, State v. Blacker,*
234 Or 131, 380 P2d 789 (1963).